WILLIAM G. MALCOLM, P.C., #129271
DONALD ROBINSON #123411
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612
Phone (949) 252-9400
Facsimile (949) 252-1032

Attorneys for Appellant,
WASHINGTON MUTUAL BANK, FA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| In re | Case No. 4:06-CV-05403 CW |
| | 4:01-CV-02367 CW |
| GEORGE E. DAWSON and BARBARA J. DAWSON, | 4:06-CV-06038 CW |
| Debtors. | Bankruptcy Case No. 98-45213 TG |
| _____ | Adversary Case No.: 98-4796 AT |
| WASHINGTON MUTUAL BANK fka WASHINGTON MUTUAL BANK, FA, successor by corporate merger to GREAT WESTERN BANK, a Federal Savings Bank, | **STIPULATION TO DISMISS APPEAL AND CROSS APPEAL; ORDER THEREON** |
| Appellant/ Cross-Appellee | |
| -vs- | |
| GEORGE E. DAWSON and BARBARA J. DAWSON, | |
| Appellee/ Cross-Appellant. | |
| _____ | |

Appellant/Cross-Appellee, WASHINGTON MUTUAL BANK fka WASHINGTON

MUTUAL BANK, FA, successor by corporate merger to GREAT WESTERN BANK, a

Federal Savings Bank, by and through its attorneys of record, MALCOLM

CISNEROS, by WILLIAM G. MALCOLM, and Appellee/Cross-Appellant, BARBARA J.

DAWSON, successor to GEORGE DAWSON, deceased, by and through her attorney

1    of record, A. CHARLES DELL'ARIO, a Professional corporation, by A. CHARLES

2    DELL'ARIO, have settled their dispute and agree to dismiss the instant appeal (Case

3    No. CV06-05403 CW) and the related cross-appeals (Case Nos. CV01-02367CW and

4    CV06-06038 CW).  The confidential settlement agreement between the parties

5    resolves costs on appeal.

6    DATED:   January 5, 2007              MALCOLM♦CISNEROS,
                                           A Law Corporation
7

8                                         /s/ William G. Malcolm

9                             By:         _____
10                                        WILLIAM G. MALCOLM
                                          Attorney for Appellant/Cross-Appellee
11                                        WASHINGTON MUTUAL BANK FKA
                                          WASHINGTON MUTUAL BANK, F.A.
12                                        SUCCESSOR TO GREAT WESTERN BANK

     DATED: January 7, 2007              LAW OFFICE OF A. CHARLES DELL'ARIO
13

14                                        /s/ A. Charles Dell'Ario

15                            By          :_____
16                                        A. CHARLES DELL'ARIO
                                          Attorneys for Appellee/Cross-Appellant
17                                        BARBARA J. DAWSON, successor to
                                          GEORGE E. DAWSON, deceased

18

19          **IT IS SO ORDERED.**

20
     **Dated: 1/8/07**                    _____
21                                        **THE HON. CLAUDIA WILKEN**
                                          **United States District Court Judge**
22

23

24

25

26

27

28